JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRINE TABBARA, | CASE NO. **SACV 13-1469-DOC(DFMx)** |
| Plaintiff(s), | |
| V. | ORDER DISMISSING CIVIL ACTION |
| WARNER CHILCOTT, (US), INC., ET AL, | |
| Defendant(s). | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right upon good cause shown by **December 1, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: October 15, 2014

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge